UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>KIMBERLY O'RORKE,<br><br>              Defendant. | **INFORMATION**<br><br>24 Cr. 569 (KMK) |

**COUNT ONE**
**(DISTRIBUTION OF CONTROLLED SUBSTANCES)**

The United States Attorney charges:

1.  Between approximately in or about January 2021 and on or about April 17, 2024, in the Southern District of New York and elsewhere, KIMBERLY O'RORKE, the defendant, knowingly and intentionally distributed and possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2.  The controlled substances involved in the offense were (i) mixtures and substances containing a detectable amount of fentanyl, (ii) mixtures and substances containing a detectable amount of cocaine, and (iii) mixtures and substances containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).)

**FORFEITURE ALLEGATION**

3.  As a result of committing the offense alleged in Count One of this Information, KIMBERLY O'RORKE, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended

to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSETS PROVISION

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value;

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney