UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KIMBERLY O'RORKE,

              Defendant.

**WAIVER OF INDICTMENT**

24 Cr 569(KMK).

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841(a) and 841(b)(1)(C), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Kimberly O'Rorke
Defendant

_____
Witness

_____
Scott Migden
Attorney for Defendant

Dated: White Plains, New York
       October 1, 2024