UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,          **MEMORANDUM**

    -against-                          24 Cr. 569 (KMK)

KIMBERLY O'RORKE,

                      Defendant.
-----------------------------------------------------------------x

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the October 1, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 14, 2025
       White Plains, New York

                                                    Respectfully Submitted,

                                                    */s/ Judith C. McCarthy*
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge