

## Law Offices of Robert Tsigler PLLC

Office: (718) 878-3781 • Facsimile: (212) 748-1606 • Info@TsiglerLaw.com • www.TsiglerLaw.com
299 Broadway, Suite 1400, New York, NY, 10007

June 27, 2025

- BY ECF -

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

                      Re: *U.S. v. Kimberly O'Rorke*, 7:24-cr-00569-KMK
                               Request to Change BOP Surrender Date

Dear Judge Karas:

      Our office represents Ms. Kimberly O'Rorke. We are respectfully requesting an extension of the current date on which she is scheduled to surrender to BOP to begin serving the sentence imposed by this Court on May 14, 2025. BOP has not yet notified her of the facility designated. Our request, however, is based on medical reasons.

      Ms. O'Rorke is recovering from foot surgery performed on June 20, 2025, from which she is not completely ambulatory. The post-op follow-up date for this procedure is July 3, 2025. Then, she is scheduled for a colon and rectal surgical procedure on July 8, 2025, which will require a reasonable recovery period.

      Given these medical procedures, we request an extension of the surrender date until mid-August, in order to give Ms. O'Rorke adequate time to recover. We have conferred with the government, who does not oppose this request.

Granted. *Miss O'Rorke is to surrender on August 15, 2025.*

So Ordered.
[signature]
6/27/25

                                               Respectfully submitted,

                                               /s/ *Scott Migden*
                                                 Scott Migden, Esq.

cc: AUSA Benjamin Levander (via ECF)